USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Daniel MILLER,

                    Petitioner,

     -against-

UNITED STATES OF AMERICA

                    Respondent.
-------------------------------------------------------------X

98 CR 248 (KMW)
14 CV 730 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

    Upon application of the Petitioner, it is hereby:

    ORDERED that the time in which Petitioner, Daniel Miller, may serve and file his reply to the Government's opposition is extended until April 16, 2016; and

    ORDERED that the Superintendent of Marcy Correctional Facility is directed to permit the Petitioner, Daniel Miller, DIN # 15-A-3706, access to the prison law library on a daily basis for both the afternoon and evening sessions. Based on the Petitioner's medical condition, such access is to be on an as needed basis and is not mandatory.

    The Clerk of Court is respectfully directed to mail a certified copy of this order to the Superintendent of Marcy Correctional Facility, Box 3600, Marcy, NY 13403-3600 and a copy to the Petitioner.

    SO ORDERED.

Dated: New York, New York
       February 10, 2016

*/s/ Kimba M. Wood*
Kimba M. Wood
United States District Judge